# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>RAMON HERNANDEZ-BETAMEN (1),<br><br>                    Defendant. | Case No. 16-CR-1071-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

    Pending before the Court is the United States of America's motion to dismiss the indictment without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the indictment against Ramon Hernandez-Betamen.

    **IT IS SO ORDERED.**

Dated: November 14, 2016

_Cynthia Bashant_
Cynthia Bashant
United States District Judge